Oscar M. Orozco-Botello (SBN 313104)
oscar.orozco-botello@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, California 90067
T. 310.595.3000 | F. 310.595.3300

Tamar Y. Duvdevani (*Pro Hac Vice*)
tamar.duvdevani@us.dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor New York, NY 10020-1104
T. 212.335.4799

Jane W. Wise (*Pro Hac Vice*)
jane.wise@us.dlapiper.com
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
T. 202.799.4149

*Attorneys for Counterclaimant Home Depot U.S.A.,*
*Inc. (incorrectly named The Home Depot, Inc.)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALSA REFINISH LLC, a California Limited Liability Company,<br><br>Plaintiff,<br>v.<br>THE HOME DEPOT, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:23-CV-09965-SVW-MAR<br><br>**HOME DEPOT U.S.A., INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Memorandum of Points and Authorities; Statement of Uncontroverted Facts; Exhibit Index; Declarations of Robert Glass and Oscar M. Orozco-Botello; and [Proposed] Order]* |
| HOME DEPOT U.S.A. INC., a Delaware corporation,<br><br>Counterclaimant,<br>v.<br>ALSA REFINISH LLC a California Limited Liability Company,<br><br>Counter-Defendant. | Hearing Date: March 24, 2025<br>Hearing Time: 1:30 pm PT<br>Courtroom: 10A, 10th Floor |

1616168370.2

# **MOTION**

PLEASE TAKE NOTICE that on March 24, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10A, 10th floor, located at the 350 West First Street, Los Angeles, CA 90012, Defendant Home Depot U.S.A., Inc. ("Home Depot") will and hereby does move pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56 for summary judgment against Plaintiff Alsa Refinish LLC ("Alsa" or "Plaintiff"). This motion is made on the grounds that there are no disputes of material fact with respect to all of Plaintiff's claims, namely false association, trademark infringement, common law trademark infringement, California statutory unfair competition, and declaratory relief claims. Home Depot additionally moves because, as a matter of law, Alsa cannot seek equitable disgorgement of Home Depot's profits and Alsa is not entitled to any other form of damages.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Statement of Uncontroverted Facts, and the Declarations of Robert Glass and Oscar Orozco-Botello, all other papers submitted and filed with this notice, the pleadings and the papers on file in this action, all matters judicially noticeable, and on such further evidence and oral argument as the Court may consider.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on February 14, 2025.

Dated: February 21, 2025

**DLA PIPER LLP (US)**

By: */s/ Oscar M. Orozco-Botello*
    Oscar M. Orozco-Botello (SBN 313104)
    2000 Avenue of the Stars
    Suite 400, North Tower
    Los Angeles, California 90067
    T. 310.595.3000 | F. 310.595.3300
    oscar.orozco-botello@us.dlapiper.com

    Tamar Y. Duvdevani (*Pro Hac Vice*)

1

1251 Avenue of the Americas
27th Floor New York, NY 10020-1104
T. 212.335.4799
tamar.duvdevani@us.dlapiper.com

Jane W. Wise (*Pro Hac Vice*)
500 Eighth Street, NW
Washington, DC 20004
T. 202.799.4149
jane.wise@us.dlapiper.com

*Attorneys for Home Depot U.S.A., Inc.
(incorrectly named The Home Depot,
Inc.)*

2